WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Wade Amaral,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　Respondents. | No. CV-16-00594-PHX-JAT (BSB)<br><br>**ORDER** |

**IT IS ORDERED** that Petitioner shall respond to the Government's motion for reconsideration (Doc. 48) including the supplement (Doc. 53) by November 28, 2017. Petitioner shall specifically address whether Petitioner, too, seeks reconsideration which is implied by Petitioner's motion at Doc. 49.

Dated this 16th day of November, 2017.

James A. Teilborg
Senior United States District Judge